

Colson Law PLLC
80 Broad Street, 19th Floor
New York, NY 10004
(212) 257-6455
www.colsonlaw.com

January 6, 2023

By ECF

Honorable Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

```
SO ORDERED.

/s/ Jennifer E. Willis
Jennifer E. Willis
United States Magistrate Judge

January 6, 2023
```

Re:   *United States v. Franklin Rosario,* 22 Mag 7951

Dear Judge Figueredo:

    Mr. Rosario is charged with narcotics conspiracy. On November 18, 2022, Your Honor granted him supervised release on a $50,000 personal recognizance bond with various conditions, including home detention and location monitoring. He is currently on supervised release in the District of Rhode Island.

    I write to respectfully request that the Court modify Mr. Rosario's bond to permit him to travel to the gym twice a week. Mr. Rosario suffers from sciatica and exercising regularly helps him manage his medical condition. He will comply with Pretrial Services in order to communicate his travel schedule as well as the location of the gym.

    I have contacted the government, Pretrial Services in the District of Rhode Island, and Pretrial Services in the Southern District of New York. None of the aforementioned parties have any objection to this request.

    I appreciate the Court's consideration.

                                        Respectfully submitted,

                                        /s/

                                        Deborah Colson
                                        (212) 257-6455

cc:   AUSA Kedar Bhatia
      PTO David Picozzi (DRI)
      PTO Ashley Cosme (SDNY)